THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 1:24-MJ- 362 |
| | ) | |
| BRIGHT ASSOR, | ) | |
| | ) | Court Date: September 4, 2024 |
| Defendant. | ) | |

CRIMINAL INFORMATION

Count I (Class A Misdemeanor – E1863437)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about August 3, 2023, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, BRIGHT ASSOR, stole things of value from the Army and Air Force Exchange Service, a department and agency of the United States, to wit: twelve pairs of sunglasses with aggregate value of less than $1,000.

(in violation of Title 18, United States Code, Section 641)

Respectfully submitted,

Jessica D. Aber
United States Attorney

By:  _____/s/_____
M. Kyle Richardson
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3787
Fax: (703) 299-3980
Email: matthew.richardson2@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 29, 2024, I mailed a copy of this document to the defendant at the address listed on the Violation Notice.

By:            /s/
M. Kyle Richardson
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3787
Fax: (703) 299-3980
Email: matthew.richardson2@usdoj.gov